IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Trustees of the Southwest Ohio Regional
Council of Carpenters Pension Plan,

    Plaintiff(s),

vs.

Precision Contracting, Inc.

    Defendant(s).

Case Number: 1:19cv278

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 14, 2019 (Doc. 9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 28, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that defendant's motion to set aside the entry of default (Doc. 7) is GRANTED.  Plaintiffs' motion for entry of default judgment (Doc. 6) is DENIED as moot.

IT IS SO ORDERED.

                                                    ___s/Susan J. Dlott_____
                                                  Judge Susan J. Dlott
                                                  United States District Court